# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:19-cv-01253-SVW-SP SVW-JPR | Date | August 22, 2019 |
| Title | *Georgian Beebe et al v. Callahan Auto Supply, Inc. et al* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING PLAINTIFF'S SECOND CAUSE OF ACTION AND REMANDING TO STATE COURT

Pursuant to the parties' statements of agreement in their briefing, oppositions, and replies regarding Plaintiff's Motion to Remand, Dkt. 13, Defendant's Motion to Dismiss, Dkt. 10, and Plaintiff's stated intent to dismiss the second cause of action, Dkt. 18, the Court DISMISSES Plaintiff's second cause of action alleging violation of the Americans with Disabilities Act ("ADA"). As a result of that dismissal, the Court no longer has subject-matter jurisdiction over this case, which now consists solely of state law violations against a California employer, and thus REMANDS this case to state court.

Defendant's request for sanctions is DENIED.

IT IS SO ORDERED.

:

Initials of Preparer   PMC